In the Matter of the Claim of EDWARD BIRDSALL against
GENERAL ELECTRIC COMPANY, Appellant.
STATE INDUSTRIAL BOARD, Respondent.

*Workmen's Compensation Law — strained back — award for total dis-
ability affirmed.*

Birdsall v. *General Electric Co.*, 207 App. Div. 876, affirmed.

(Argued April 1, 1924; decided April 15, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 5, 1923, affirming an award of the state
industrial board made under the Workmen's Compen-
sation Law. Claimant, a molder in the employ of
defendant, strained his back in the course of his employ-
ment. Defendant contended that there was no evidence
or finding that claimant was totally disabled during any
part of the period covered by the award.

*Richmond Moot* for appellant.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel),
for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.